

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00090-CV

**1ST RATE CONSTRUCTION LLC** and Dan Martinez,
Appellants

v.

Jon **NICOLAI**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI11885
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE MASSEY BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Because the motion does not indicate that the parties agreed otherwise, costs of appeal are taxed against appellants. *See* TEX. R. APP. P. 42.1(d).

SIGNED April 2, 2025.

_____
Lori I. Valenzuela, Justice